UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M. HOLLOWAY BURGESS,                        23-cv-4944 (JGK)

              Plaintiffs,             ORDER

     - against -

THE NEW SCHOOL UNIVERSITY, ET AL.,

              Defendants.

---

JOHN G. KOELTL, District Judge:

The parties are directed to send a letter to the Court by **September 22, 2023,** reporting on the status of the parties' discussions. They are to report whether they have reached an agreement with regards to service of process and the date that the case was filed. They are also directed to report whether the plaintiff wishes to file an amended complaint and, if so, the parties' proposed schedule for the time to move or answer against the amended complaint and the time to respond and reply.

SO ORDERED.

Dated:   New York, New York
        September 12, 2023

                                              _____
                                              John G. Koeltl
                                         United States District Judge