UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M. HOLLOWAY BURGESS,

             Plaintiff,

- against -

THE NEW SCHOOL UNIVERSITY, ET AL.,

             Defendants.

23-cv-4944 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    Wilson Elser has agreed to represent all defendants in this case and to waive service of process. ECF No. 28. Therefore, the time for all defendants to respond to the current complaint is **October 16, 2023.** The time for the plaintiff to respond to any motion to dismiss is **November 6, 2023.** The time to reply is **November 17, 2023.** If the defendants answer rather than move to dismiss, the parties should file a Rule 26(f) report by **November 6, 2023.**

    The defendants should have access to the Amended Complaint. ECF No. 5. The Amended Complaint appears to be redacted and sealed. There is no apparent reason for the Amended Complaint to be withheld from the defendants. The redacted Amended Complaint, ECF No. 5, should be unsealed, and the plaintiff should provide counsel for the defendants with a copy of the unredacted Amended Complaint by **October 6, 2023,** unless the plaintiff can show good cause as to why the unredacted Amended Complaint should not be provided to the defendants.

SO ORDERED.

Dated:   New York, New York
           September 25, 2023

                                      John G. Koeltl
                                    United States District Judge