UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M. HOLLOWAY BURGESS,

                Plaintiff,

    - against -

THE NEW SCHOOL UNIVERSITY, ET AL.,

                Defendants.

23-cv-4944 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff will file a Second Amended Complaint by **November 3, 2023.** The time for all defendants to respond to the Second Amended Complaint is **November 13, 2023.** The time for the plaintiff to respond to any motion to dismiss is **December 4, 2023.** The time to reply is **December 15, 2023.** If the defendants answer rather than move to dismiss, the parties should file a Rule 26(f) report by **December 4, 2023.**

SO ORDERED.

Dated:    New York, New York
            September 26, 2023

                                      /s/ John G. Koeltl
                                          John G. Koeltl
                                    United States District Judge