UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M. HOLLOWAY BURGESS,

              Plaintiff,

    - against -

THE NEW SCHOOL UNIVERSITY, ET AL.,

              Defendants.

---

23-cv-4944 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time to move or answer with respect to the plaintiff's Amended Complaint is extended to **December 21, 2023**.

SO ORDERED.

Dated:    New York, New York
            November 27, 2023

                                      John G. Koeltl
                                United States District Judge