```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

M. HOLLOWAY BURGESS,

                Plaintiff,

        23-cv-4944 (JGK)

- against -

        ORDER

THE NEW SCHOOL UNIVERSITY, ET AL.,

              Defendants.

JOHN G. KOELTL, District Judge:

    The defendants are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to dismiss the plaintiff's Second Amended Complaint. ECF No. 42.

SO ORDERED.

Dated:    New York, New York
           April 12, 2024

                                          John G. Koeltl
                                  United States District Judge