Case Number 1:23-cv-04944 JGK
m Holloway Burgess
114 West 27th Street, Apt 5N
New York, NY 10001
212-929-2826

August 5, 2024

Honorable Judge John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

MOTION TO UNLOCK ORIGINAL COMPLAINT

Dear Judge Koeltl,

In reference to the above-mentioned case, please accept my motion to unlock my original complaint, Pacer Document number 1. At the time that I requested the document to be locked, I was attempting to avoid use of my legal name, due to errors made by NYLAG, which are outlined in Pacer Document 2 filed on 6/22/23. Because references have subsequently been made to my original complaint, I request unlocking of Document 1 on PACER, to make it available for public reference.

Thank you.

Respectfully,

/s/ m Holloway Burgess