```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------

**M. HOLLOWAY BURGESS,**

                Plaintiff,

   - against -

**THE NEW SCHOOL UNIVERSITY, ET AL.,**

                Defendants.

------------------------------------------------------

23-cv-4944 (JGK)
24-cv-368

ORDER

    An Amended Complaint cannot be filed without a motion, and it is particularly inappropriate when there is a fully briefed motion to dismiss pending. Therefore, the Amended Complaint in Case No. 23-cv-4944 is stricken.

**SO ORDERED.**

**Dated:**    New York, New York
           August 14, 2024

                                          /s/ John G. Koeltl
                                       _____
                                             John G. Koeltl
                                  United States District Judge