```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

M. HOLLOWAY BURGESS,                          23-cv-4944 (JGK)

        Plaintiff,                ORDER

  - against -

THE NEW SCHOOL UNIVERSITY, ET AL.,

        Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by September 25, 2024.

SO ORDERED.

Dated:    New York, New York
           September 11, 2024

                                      John G. Koeltl
                                United States District Judge