```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------------------------

M. HOLLOWAY BURGESS,

               Plaintiff,

  - against -

THE NEW SCHOOL UNIVERSITY, ET AL.,

               Defendant.

--------------------------------------------------

23-cv-4944 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time for the defendants to answer the Second Amended Complaint is Monday, **September 30, 2024.**

    The time for the parties to submit a Rule 26(f) report is extended to Monday, **October 14, 2024.**

SO ORDERED.

Dated:    New York, New York
           September 16, 2024

                                    _____
                                    John G. Koeltl
                             United States District Judge