UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

M. HOLLOWAY BURGESS,

                           **Plaintiff,**                    23-CV-04944 (JGK)(SN)

    -against-                                             **ORDER**

THE NEW SCHOOL UNIVERSITY, et al.,

                           **Defendants.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      In light of the district court's decision on the motion to dismiss, the parties are ORDERED to meet and confer to discuss whether a second settlement conference would be productive. If so, the parties are directed to contact Courtroom Deputy Diljah Shaw with both parties on the e-mail, at diljah_shaw@nysd.uscourts.gov, to schedule a settlement conference for a time when they believe it would be productive. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                                _____
                                                                 SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:    September 20, 2024
                 New York, New York