

Stefanie L. Shmil
212.915.5289 (direct)
Stefanie.Shmil@wilsonelser.com

January 13, 2025

**VIA ECF**
Honorable Sarah Netburn
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **M. Holloway Burgess v. The New School, et al.**
            Case No.:    1:23-cv-04944-JGK
            Our File:    22643.00023

Dear Judge Netburn,

Our office represents defendants in the above-referenced matter. We are writing to respectfully seek the Court's permission to have our client Robin Hart from United Educators be available via telephone for the upcoming settlement conference scheduled for February 12, 2025, as they reside outside of the state of New York. A representative from The New School will be physically present.

We thank the Court for its time and consideration in this matter.

                                      Respectfully submitted,

                                      **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

                                      Nancy V. Wright
                                      Stefanie L. Shmil

306861604v.1