

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2025

January 13, 2025

**VIA ECF**
Honorable Sarah Netburn
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **M. Holloway Burgess v. The New School, et al.**
           Case No.:    1:23-cv-04944-JGK
           Our File:    22643.00023

Dear Judge Netburn,

Our office represents defendants in the above-referenced matter. We are writing to respectfully seek the Court's permission to have our client Robin Hart from United Educators be available via telephone for the upcoming settlement conference scheduled for February 12, 2025, as they reside outside of the state of New York. A representative from The New School will be physically present.

We thank the Court for its time and consideration in this matter.

           Respectfully submitted,

           **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

           Nancy V. Wright
           Stefanie L. Shmil

---

The request is GRANTED. Robin Hart may appear via telephone.
**SO ORDERED.**

        SARAH NETBURN
        United States Magistrate Judge

Dated:  January 14, 2025
         New York, New York