```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------

M. HOLLOWAY BURGESS,

        Plaintiff,

  - against -

THE NEW SCHOOL UNIVERSITY, ET AL.,

        Defendants.

-----------------------------------------

23-cv-4944 (JGK)

<u>ORDER</u>

JOHN G. KOELTL, District Judge:

    In view of the voluntary dismissal of the related action, case no. 24-cv-368, and the upcoming settlement conference scheduled before Magistrate Judge Netburn on February 12, 2025, the conference scheduled on January 14, 2025, is canceled.

SO ORDERED.

Dated:   New York, New York
        January 14, 2025

                                            /s/ John G. Koeltl
                                            John G. Koeltl
                                        United States District Judge